# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KENNETH J. HUTCHISON,<br><br>Plaintiff,<br><br>vs.<br><br>CORE HEALTH & FITNESS, LLC,<br><br>Defendant. | Civil Action No. 3:21-cv-05045-BHS<br><br>ORDER GRANTING JOINT STIPULATION FOR REMAND |

THIS MATTER having come before the Court upon the parties' Joint Stipulation for Remand, and the Court having reviewed the pleading, and deeming itself advised in the matter, it is now therefore ORDERED, ADJUDGED and DECREED that the parties' Joint Stipulation for Remand, is GRANTED and directs the Clerk to remand this case to Washington State Superior Court for Clark County under Case No. 20-2-02049-06.

DATED this 25th day of March, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING JOINT STIPULATION FOR REMAND
No. 3:21-cv-05045-BHS – 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP


By: */s/ Rachel Tallon Reynolds*
　　*/s/ Patrick G. Lynch*
　　Rachel Tallon Reynolds, WSBA #38750
　　Patrick G. Lynch, WSBA #53147
　　1111 Third Avenue, Suite 2700
　　Seattle, WA 98101
　　(206) 436-2026 / (206) 436-2030 Fax
　　Rachel.Reynolds@lewisbrisbois.com
　　*Attorneys for Core Health & Fitness, LLC*


MCDONALD WORLEY, PC


By: */s/ Michael Dufour*
　　Michael Dufour, WSBA #50624
　　*Attorney's for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING JOINT STIPULATION FOR REMAND
No. 3:21-cv-05045-BHS – 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020